ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2019 MAR 13 PM 3: 58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00690 TUC-JAS(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 2422(b) |
| Alexander True Norman, | (Attempted Enticement of a Minor) Count 1 |
| Defendant. | 18 USC § 2428 Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT ONE

### ATTEMPTED ENTICEMENT OF A MINOR

On or about February 15, 2019, at or near Sierra Vista, in the District of Arizona, ALEXANDER TRUE NORMAN, using any means or facility of interstate or foreign commerce, to wit, the internet and a telephone, knowingly attempted to persuade, induce or entice a person who has not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense under Arizona law, to wit, Sexual Conduct with a Minor under Arizona State Revised Statute 13-1405; all in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

Upon conviction of the attempted enticement of a minor offense alleged in Count One of this Indictment, defendant, ALEXANDER TRUE NORMAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of violations of Title 18, United States Code, Section 2422(b), including but not limited to: one (1) 2018 Honda Civic Sedan, VIN: SHHFK7H47JU224646.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

**/s/**
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
**/s/**

Assistant U.S. Attorney
Dated: March 13, 2019

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Alexander True Norman*
*Indictment Page 2 of 2*