Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ004879)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br>　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>(Defendant Out of Custody) |

TO THE COURT AND ALL PARTIES OF RECORD:

Undersigned counsel MICHAEL J. BLOOM, of Michael J. Bloom, PC, 100 North Stone Avenue, Suite 701, Tucson, Arizona 85701, and JOSHUA F. HAMILTON, of the Law Offices of Hernandez & Hamilton, PC, 455 West Paseo Redondo, Tucson, Arizona 85701-8254, (520) 882-8823, hereby moves this court to allow his appearance as attorney of record in the place and stead of Harriette P.

Levitt. Mr. Bloom and Mr. Hamilton hereby move for substitution and avows they are both aware of all dates in this matter.

### ACKNOWLEDGEMENT AND ACCEPTANCE

I, ALEXANDER TRUE NORMAN, do hereby acknowledge and accept the substitution of counsel as indicated above.

_____
ALEXANDER TRUE NORMAN
Defendant

DATED this 20th day of March, 2019.

I, HARRIETTE P. LEVITT, do hereby acknowledge and accept the substitution of counsel as indicated above.

/s/ _____
HARRIETTE LEVITT
Attorney of Record

DATED this 20th day of March, 2019.

I, JOSHUA F. HAMILTON, accept the above substitution and avowals above stated.

/s/ _____
JOSHUA F. HAMILTON

/s/ _____
MICHAEL J. BLOOM
Substituting Attorneys

DATED this 20th day of March, 2019.

## CERTIFICATE OF SERVICE

I, Joshua F. Hamilton, do hereby certify that on this 20th day of March, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Adam Rossi, Assistant
United States Attorney's Office

Harriette P. Levitt
Present Attorney for Defendant

Michael J. Bloom
Substituting Attorney for Defendant

Joshua F. Hamilton
Substituting Attorney for Defendant

By _____/s/_____
    JOSHUA F. HAMILTON