# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Alexander True Norman,<br><br>    Defendant. | No. CR-19-00690-001-TUC-JAS (LCK)<br><br>**ORDER** |

Upon Motion for Substitution of Counsel (Docs. 13) filed by Defendant, and good cause shown;

IT IS ORDERED the Motion is GRANTED.

IT IS FURTHER ORDERED CJA Attorney, Harriette Levitt, is relieved of any further responsibilities in this matter. Defendant has indicated that he has retained Michael Bloom and Joshua Hamilton as counsel to represent him.

Dated this 20th day of March, 2019.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge