Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ004879)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ028084)
Email: *Josh@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United State of America,<br>    Plaintiff,<br><br>    v.<br><br>Alexander True Norman,<br>    Defendant. | No. CR 19-00690-TUC-JAS(LCK)<br><br>**NOTICE OF INTENT TO WAIVE DEFENDANT'S PRESENCE AT ARRAIGNMENT**<br><br>"Defendant out of Custody" |

Counsel on behalf of Defendant hereby tenders Notice of Intent to Waive Defendant's Presence at arraignment presently scheduled for March 29, 2019, at 11:00a.m.

DATED this 21st day of March, 2019.

Law Office of                                    Law Office of
MICHAEL J. BLOOM                     HERNANDEZ & HAMILTON, PC

*s/Michael J. Bloom*                          *s/Joshua F. Hamilton*
MICHAEL J. BLOOM                     JOSHUA F. HAMILTON
Attorney for Defendant                   Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I, Joshua F. Hamilton, hereby certify that on this 21st day of March, 2019, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to:

Adam Rossi, Assistant
United States Attorney's Office

Michael J. Bloom
Attorney for Defendant

Joshua F. Hamilton
Attorney for Defendant

By _____/s/_____
    JOSHUA F. HAMILTON