FILED ___ LODGED
RECEIVED ___ COPY

MAR 29 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br>　　　　　　Plaintiff,<br>vs.<br>Alexander True Norman,<br>　　　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT, ENTRY OF "NOT GUILTY" PLEA, & ACKNOWLEGMENT OF TRIAL DATE AND PLEA DEADLINE** |
|---|---|

The Defendant and Defendant's attorneys hereby acknowledge and agree to the following:

1. Defendant's attorney has provided the Defendant a copy of the Indictment.

2. Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights.

3. Defendant understands there is a right to appear personally at the Arraignment to be advised of the charges(s). Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Arraignment.

4. Defendant's attorneys are authorized to appear at the Arraignment on behalf of the Defendant. Defendant's attorneys shall enter a plea of **NOT GUILTY** at the Arraignment on Defendant's behalf.

Defendant, having conferred with his attorneys, hereby waives personal appearance and the reading of the Indictment at Arraignment in this case. Defendant hereby authorizes the entry of **NOT GUILTY** plea on behalf of Defendant.

Defendant further waives personal notice of the date of trial and acknowledges that the Jury Trial will be on **May 7, 2019 at 9:30 a.m.** with a Plea Deadline of **April 19, 2019 by 3:00 p.m.** before the paired Magistrate Judge. Defendant understands that the Court's entry of a plea of **NOT GUILTY** will conclude the Arraignment in this case.

Defendant's true name is: *Alexander Norman*
Write Full Name

DATE: 3/20/19

Defendant's Signature

Witnessed by:

DATE: 3-20-19

Attorney for Defendant

Defendant's preferred language is:

[x] English
[ ] Spanish
[ ] Other _____