IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br><br>                  Defendant. | CR 19-00690 TUC JAS-LCK<br><br>ORDER ALLOWING UNITED STATES<br>TO MAINTAIN CUSTODY<br>OF SEIZED PROPERTY |

       This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain seized property pending the conclusion of the pending criminal case.

       WHEREAS, the property in question includes the following asset: one (1) 2018 Honda Civic passenger car, VIN: SHHFK7H47JU224646; and

       WHEREAS, the seized property is already in the lawful custody of the Government; and

       WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized property throughout the pending criminal case so that it will be available for forfeiture; and

       WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture, must take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, § 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property,

IT IS HEREBY ORDERED, that the United States and its agencies, including the Homeland Security Investigations-ICE, are authorized to maintain and preserve the seized property until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

*United States of America v. Alexander True Norman*
*Order to Maintain Custody – Page 2 of 2*