MICHAEL BAILEY
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-00690-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO RULE 16** |
| vs. | |
| Alexander True Norman, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, respectfully moves the Court for a protective order in this matter concerning disclosure related to Alexander True Norman's cellular phone.  In support thereof, the following is stated:

On March 13, 2019, the defendant was indicted in Arizona with coercion and enticement offenses. As part of its investigation, the government obtained one DVD containing the download of Alexander True Norman's cellular phone. The cellular phone disclosure contains information related to this case, as well as personal information, such as passwords, account numbers and other sensitive information.  Counsel believes a protective order should be issued by the court to protect the sensitive nature of the government's disclosure.

Federal Rule of Criminal Procedure 16(d)(1) affords the Court the authority to make appropriate orders with respect to any and all discovery and inspection of documents and tangible objects.  As a result, because of the volume of the additional discovery forthcoming, and the personal information contained within, the government believes a

protective order is appropriate and will expedite the discovery process.

WHEREFORE, the United States respectfully requests that the Court issue an Order which provides that:

Defense counsel (including investigators, paralegals and office staff) receiving the DVD containing the aforementioned data shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained within that data without further order of the Court. Defendant shall not provide, reproduce or distribute in hard copy or electronic form any personal information contained on the DVD. This Order shall not prevent defense counsel from otherwise showing or discussing with their client evidence contained within that disclosure under the supervision of defense counsel or their agents.

IT IS FURTHER ORDERED that defense counsel may provide the disclosure contained on the DVD for the use of their investigators (who consent to the jurisdiction and Order of this Court), but that such investigators shall not further copy said disclosure without further order of the Court.

IT IS FURTHER ORDERED that defense counsel may provide the disclosure contained on the DVD for the use of their paralegals (who consent to the jurisdiction and Order of this Court), but that such paralegals shall not further copy said disclosure without further order of the Court.

IT IS FURTHER ORDERED that defense counsel may provide the disclosure contained on the DVD for the use of any expert (who consents to the jurisdiction and Order of this Court), but that such expert shall not further copy said discovery without further order of the Court.

IT IS FURTHER ORDERED that with respect to the disclosure contained on the DVD, that this disclosure is for the use in the defense in this criminal case only and that the DVD shall be returned to the government so that the extracted data contained can be destroyed after the completion of the proceedings.

Counsel for the government discussed this request with counsel for the defendant, and they agree with this motion.

Accordingly, the United States requests that this Court issue an Order providing that:

1. Defense counsel shall maintain all personal identifying information of third parties counsel receives from the United States in defense counsel's custody and may scan, reproduce and disclose such information only to the Defendant, defense investigators, agents or experts as necessary for purposes of the defense of this case. Defendant, defense investigators, agents and/or experts receiving such information shall not reproduce or disseminate any unredacted personal identifying information of third parties without further order of the Court and must return any copies of such material to defense counsel at the conclusion of this case.

2. The order resulting from this Motion shall be presented to any individual to whom, under the terms of the order, defense counsel or Defendant discloses the personal identifying information. By accepting any personal identifying information, such persons shall agree to submit to the jurisdiction of the United States District Court for the District of Arizona for the sole purpose of enforcing the terms of the order.

3. With respect to any discovery provided by the United States in this case, said discovery is for use in the defense of this criminal case only and shall be returned to the assigned Assistant U.S. Attorney upon demand for destruction after the completion of the proceedings, to include any appeal, collateral attack, or other post-conviction proceeding.

4. Nothing in the Court's order requires the United States to provide discovery beyond what is required by F. R. Crim. P. 16, and the Court's discovery orders.

//
//
//
//
//

5. Defense counsel shall file an acknowledgment of the order resulting from this Motion within 10 days of the date of such order.

Respectfully submitted this 7th day of May, 2019.

          MICHAEL BAILEY
          United States Attorney
          District of Arizona

          */s/ Adam D. Rossi*

          ADAM D. ROSSI
          Assistant U.S. Attorney

Copy of the foregoing electronically
filed on this 7th day of May, 2019, to:

Joshua Hamilton, Esq.
Michael Bloom, Esq.