Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: *mike@michaeljbloom.net*
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: *Josh@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Alexander True Norman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America,  Plaintiff,  vs.  Alexander True Norman,  Defendant. | No. CR19-00690-TUC-JAS(LCK)  **SECOHND MOTION TO CONTINUE TRIAL DATE AND EXTEND PLEA DEADLINE**  **(NO OBJECTION)** |
|---|---|

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or of an order based thereon.

The defendant, Alexander True Norman, by and through counsel undersigned, hereby moves to continue the trial, currently set on July 9, 2019, as well as the plea

1

deadline, currently set on June 21, 2019, for a period of not less than 60 days, on the following grounds:

(1)  The parties are engaged in discussions towards a non-trial resolution of this matter.

(2)  Counsel for the defense is obtaining additional information that will help facilitate these discussions.

(3)  Josh Hamilton, co-counsel for the defendant, has communicated with Adam Rossi, who indicated no objection to this request.

WHEREFORE, the defense respectfully requests that this Court continue the trial for a period of not less than 60 days, and extend the plea deadline.

RESPECTFULLY SUBMITTED this 21st day of June, 2019.

**MICHAEL J. BLOOM, P.C.**

*s/Michael J. Bloom*
MICHAEL J. BLOOM
Attorney for Alexander True Norman

**CERTIFICATE OF SERVICE**

I, Michael J. Bloom, hereby certify that on June 21, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam Rossi
Adam.Rossi2@usdoj.gov, Holly.Tramil@usdoj.gov

Michael J. Bloom
mike@michaeljbloom.net
Attorney for Defendant Norman

Joshua F. Hamilton
josh@Hernandez-Hamilton.com
Attorney for Defendant Norman

*s/Michael J. Bloom*
MICHAEL J. BLOOM