IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-00690-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| Alexander True Norman, | |
| Defendant. | |

Good cause appearing, IT IS ORDERED, pursuant of Fed. R. Crim. P. 16(d)(1), that the Government's Motion for Protective Order Pursuant to Rule 16 is granted.

Defense counsel (including investigators, paralegals and office staff) receiving disclosure containing law enforcement sensitive information shall not provide, reproduce or distribute the disclosure in any form without further order of the Court. Defendant shall not provide, reproduce or distribute the disclosure in any form without further order of the Court. This Order shall not prevent defense counsel from otherwise showing or discussing with their client the disclosure under the supervision of defense counsel or their agents.

IT IS FURTHER ORDERED that defense counsel may provide the disclosure for the use of their investigators (who consent to the jurisdiction and Order of this Court), but that such investigators shall not further copy said disclosure without further order of the Court.

1  IT IS FURTHER ORDERED that defense counsel may provide the disclosure for
2  the use of their paralegals (who consent to the jurisdiction and Order of this Court), but
3  that such paralegals shall not further copy said disclosure without further order of the
4  Court.
5  IT IS FURTHER ORDERED that defense counsel may provide the disclosure for
6  the use of any expert (who consents to the jurisdiction and Order of this Court), but that
7  such expert shall not further copy said disclosure without further order of the Court.
8  IT IS FURTHER ORDERED that, with respect to the disclosure, it is for the use
9  in the defense in this criminal case only and that the disclosure shall be returned to the
10 government so that the data can be destroyed after the completion of the proceedings.
11 Dated this _____ day of _____, 2019.

_____
Lynnette C. Kimmins
United States Magistrate Judge