Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant Norman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br>　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**MOTION TO CONTINUE TRIAL DATE AND EXTEND PLEA DEADLINE**<br><br>(Defendant Out of Custody) |

It is expected that excludable delay under Title 18, United States Code, Section 3161 (h)(1)(f), will occur as a result of this motion or an order based thereupon.

The defendant, Alexander True Norman, by and through counsel undersigned, hereby moves to continue the Trial, presently set to commence on

1

September 10, 2019, as well as the Plea Deadline, presently set for August 23, 2019. This request is made for the following reasons:

1. Counsel undersigned is investigating and gathering exculpatory evidence in this case and needs additional time to properly develop and advance this evidence for potential motions and/or trial. A continuance of the trial for exculpatory evidence purposes serves the ends of justice and a denial of this motion would therefore result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(I).

2. The parties are working towards reaching a non-trial resolution in this case. More time is needed. Negotiations are ongoing.

3. Counsel undersigned contacted Adam David Rossi, Assistant United States Attorney, who stated he has no objection to this request or an order based thereupon.

For the above-stated reasons, Mr. Norman asks that this Court continue this matter for a period of not less than sixty (60) days.

RESPECTFULLY SUBMITTED this 22nd day of August, 2019.

Law Office of
HERNANDEZ & HAMILTON, PC

 *s/Joshua F. Hamilton*
JOSHUA F. HAMILTON
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I, Joshua F. Hamilton, do hereby certify that on this 22nd day of August, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable James A. Soto
United States District Court

Adam David Rossi, Assistant
United States Attorney's Office

Michael J. Bloom
Attorney for Defendant Norman

Joshua F. Hamilton
Attorney for Defendant Norman

By *s/Joshua F. Hamilton*
   JOSHUA F. HAMILTON