Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant Norman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Alexander True Norman,<br>　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**NOTICE OF CHANGE OF PLEA**<br><br>**(Defendant Out of Custody)** |

PLEASE TAKE NOTICE that a Change of Plea Hearing for the defendant, Alexander True Norman, will be heard on October 10, 2019, at 2:00 p.m. before Magistrate Judge Lynette C. Kimmins, at the United States District Court for the District of Arizona, 405 West Congress Street, Tucson, Arizona, 85701.

1  RESPECTFULLY SUBMITTED this 3rd day of October, 2019.

Law Office of                                  Law Office of
MICHAEL J. BLOOM                               HERNANDEZ & HAMILTON, PC


*s/Michael J. Bloom*                            *s/Joshua F. Hamilton*
MICHAEL J. BLOOM                               JOSHUA F. HAMILTON
Attorney for Defendant                         Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Joshua F. Hamilton, do hereby certify that on this 3rd day of October, 2019, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable James A. Soto
United States District Court

Adam David Rossi, Assistant
United States Attorney's Office

Michael J. Bloom
Attorney for Defendant Norman

Joshua F. Hamilton
Attorney for Defendant Norman

By *s/Joshua F. Hamilton*
   JOSHUA F. HAMILTON