# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA



| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br><br>　　　　　Defendant. | Case No.: CR 19-690-TUC-JAS (LCK)<br><br>WAIVER OF INDICTMENT |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Oct. 10, 2019

Alexander True Norman
Defendant

Michael Jay Bloom, Esq.
Joshua Fisher Hamilton, Esq.
Attorneys for Defendant

United States Magistrate Judge