

MICHAEL BAILEY
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Alexander True Norman,<br><br>Defendant. | CR 19-690-TUC-JAS (LCK)<br><br>INFORMATION<br><br>Violations:<br><br>18 U.S.C. §§ 2423(b), and 2423(e)<br>(Attempted Travel with Intent to Engage in Illicit Sexual Activity)<br>Count 1<br><br>18 USC § 2428<br>Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about February 15, 2019, at or near Sierra Vista, in the District of Arizona, ALEXANDER TRUE NORMAN, attempted to travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age.

All of which is in violation of Title 18 U.S.C. §§ 2423(b), and 2423(e).

### FORFEITURE ALLEGATION

Upon conviction of the attempted enticement of a minor offense alleged in Count One of this Indictment, defendant, ALEXANDER TRUE NORMAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, defendant's interest

in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of violations of Title 18, United States Code, Section 2422(b), including but not limited to: one (1) 2018 Honda Civic Sedan, VIN: SHHFK7H47JU224646.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

Dated this 10 day of October, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

ADAM D. ROSSI
Assistant U.S. Attorney