

FILED ___ LODGED
RECEIVED ___ COPY

OCT 1 0 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number: CR-19-00690-001-TUC-JAS (LCK)** |
| **v.** | **CONSENT OF DEFENDANT** |
| Alexander True Norman | **AND ORDER OF REFERRAL** |

## ORDER OF REFERRAL

Defendant Alexander True Norman having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Lynnette C. Kimmins to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

### SO ORDERED:

Honorable James A. Soto
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

Dated this 10th day of October, 2019.