```
FILED ✓        LODGED ___
RECEIVED ___   COPY ___

OCT 1 0 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY___                DEPUTY
```

MICHAEL BAILEY
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br><br>  Defendant. | CR 19-690-TUC-JAS (LCK)<br><br>MOTION FOR PSYCHO-SEXUAL EXAMINATION |

The United States of America, by and through its attorneys, MICHAEL BAILEY, United States Attorney for the District of Arizona, and ADAM D. ROSSI, Assistant U.S. Attorney, hereby moves pursuant to the terms of the plea agreement filed in this case, and 18 U.S.C. Section 3552(b), for a presentence psychosexual assessment of the defendant, which shall include but not be limited to, physiological testing and a polygraph examination, and shall be performed in accordance with the provider's standards and practice. Pursuant to the agreement between the parties, and at the direction of the Probation Department, the study shall be conducted by Mountain Valley Counseling Associates, 1021 E. Palmdale, Suite 110, Tucson, AZ 85714, phone (480) 962-7808, or

such other ATSA-certified provider as may be approved of in writing and in advance by the U.S. Probation Department.

Respectfully submitted this 10 day of October, 2019.

10/10/19
Date

MICHAEL BAILEY
United States Attorney
District of Arizona

ADAM D. ROSSI
Assistant U.S. Attorney