IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br><br>　　　　　Defendant. | CR 19-690-TUC-JAS (LCK)<br><br>ORDER |

　　　　Based upon the provisions of the plea agreement filed in this case at the time of the entry of the defendant's guilty plea, and the recommendation of Probation, pursuant to 18 U.S.C. § 3552(b), it is hereby

　　　　ORDERED that the defendant submit to a presentence study to include a psychosexual assessment, including but not limited to physiological testing and a polygraph examination, such study to be conducted by Mountain Valley Counseling Associates, 1021 E. Palmdale, Suite 110, Tucson, AZ 85714, phone (480) 962-7808, or such other ATSA-certified provider as may be approved of in writing and in advance by the U.S. Probation Department, for a fee not to exceed $2,050.00. The study shall be performed under the direction of the Probation Department, and in accordance with the provider's standards and practice; and it is further

　　　　ORDERED that such study must be performed within sixty days unless an extension is granted by this court for an additional sixty days; and it is further

- 3 -

ORDERED that the defendant is to contribute to the cost of such assessment in an amount to be determined by the Probation Department after its review of the financial and other information obtained in connection with the presentence investigation in this case; and it is further

ORDERED that Mountain Valley Counseling Associates prepare a written report providing information and any recommendations for special conditions specific to this individual's history and characteristics that will be helpful to the court at sentencing, and release all reports and information regarding this study and assessment to the parties and to the Probation Department.

DATED this 10th day of October, 2019.

*[signature]*
United States Magistrate Judge