Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant Norman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Alexander True Norman,<br>Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**NOTICE OF THIRD-PARTY CLAIM FOR SEIZED PROPERTY**<br><br>**(Defendant Out of Custody)** |

PLEASE TAKE NOTICE that pursuant to 21 U.S.C. § 853(n)(1), Third Party Claimant, Anne True, hereby files her Petition for Return of property seized on or about February 15, 2019, for the reasons set forth in the petition below.

# PETITION

I, Anne True, declare as follows:

1) I am an interest holder of the 2018 Honda Civic (VIN: SHHFK7H47JU224646) which was seized by Homeland Security Investigations in Sierra Vista, Arizona, on February 15, 2019.

2) I am an innocent owner within the meaning of 18 U.S.C. § 983(d).

3) The vehicle was purchased by me on July 13, 2018, and the funds were lawfully derived from dividends from personal investments. See attached cashier's check and title.

4) The seized vehicle was not used unlawfully to my knowledge and, upon learning of the alleged conduct giving rise to forfeiture, I have done all that reasonably could be expected of me under the circumstances to terminate such use of the property.

5) I have retained the law firm of Law Office of Hernandez & Hamilton, PC, to represent me in this process.

I declare under penalty of perjury that the foregoing information is true and correct.

_____     November 11, 2019
Anne True                                                        Date

RESPECTFULLY SUBMITTED this 14th day of November, 2019.

Law Office of  
MICHAEL J. BLOOM

Law Office of  
HERNANDEZ & HAMILTON, PC

*s/Michael J. Bloom*  
MICHAEL J. BLOOM  
Attorney for Defendant

*s/Joshua F. Hamilton*  
JOSHUA F. HAMILTON  
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I, Joshua F. Hamilton, do hereby certify that on this 14th day of November, 2019, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable James A. Soto
United States District Court

Adam David Rossi, Assistant
United States Attorney's Office

Michael J. Bloom
Attorney for Defendant Norman

Joshua F. Hamilton
Attorney for Defendant Norman

By *s/Joshua F. Hamilton*
   JOSHUA F. HAMILTON

REMITTER: ANNE E TRUE

KEATING HONDA

EXACTLY **23,498 AND 31/100 DOLLARS

TH

CUSTOMER - FILE COPY

CASHIER'S CHECK

First National Bank
OF HUNTSVILLE
And All Divisions of First National Bank of Huntsville

DATE  7/10/18

$  $23,498.31

AUTHORIZED SIGNATURE
NOT NEGOTIABLE

3161112

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.



ALEXANDER TRUE NORMAN
130 ELKINS LK
HUNTSVILLE, TX 77340-7303

0136688

▼ DETACH HERE ▼

**TxDMV**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| SHHFK7H47JU224646 | 2018 | HOND | 4H |

| | | | TITLE DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|---|---|
| MODEL | MFG CAPACITY IN TONS | WEIGHT | 17033243306250047 | 08/04/2018 |
| CIV | | 3000 | LICENSE NUMBER KZD1395 | |

PREVIOUS OWNER
KEATING HONDA CONROE TX

ODOMETER READING
105

OWNER
ALEXANDER TRUE NORMAN
130 ELKINS LAKE
HUNTSVILLE, TX 77340

REMARK(S)
ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN                    1ST LIENHOLDER
**NONE**

1ST LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN                    2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN                    3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE
SIGNATURE _____ DATE
SIGNATURE _____ DATE

FORM 30-C REV. 05/2016      DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION