MICHAEL BAILEY
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
Adam.Rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR19-690-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | NOTICE OF PUBLICATION |
| v. | |
| Alexander True Norman, | |
| Defendant. | |

PLEASE TAKE NOTICE that notice of the Preliminary Order of Forfeiture in this action was posted on an official internet government website (www.forfeiture.gov) from October 11, 2019 through November 9, 2019. A copy of the Affidavit of the Asset Forfeiture Paralegal and the Advertisement Certification Report is attached.

Respectfully submitted this 5th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Adam D. Rossi*

ADAM D. ROSSI
Assistant United States Attorney