IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>Alexander True Norman )<br>  )<br>  Defendant. ) | CR 19-690-TUC-JAS (LCK) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 11, 2019 and ending on November 09, 2019. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2019 at Tucson, AZ.

                                              s/ Joanne McChesney
                                              Joanne McChesney
                                              Paralegal III