Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant Norman

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>                              Plaintiff,<br><br>          vs.<br><br>Alexander True Norman,<br>                              Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**MOTION TO CONTINUE SENTENCING CURRENTLY SET FOR MARCH 9, 2020**<br><br>**(Defendant Out of Custody)** |

It is expected that excludable delay under Title 18, United States Code, Section 3161 (h)(1)(f), will occur as a result of this motion or an order based thereupon.

The defendant, through his attorneys, hereby moves to continue the Sentencing in this matter, presently set to commence on March 9, 2020, for a period of not less than 45 days. This request is made for the following reasons:

1.  The original sentencing date was accelerated by the Court to March 9, 2020.

2.  The sentencing in this matter involves several complex areas of fact and law and additional time is needed to review the draft Presentence Investigation Report ("PSR") and lodge any objections thereto, as appropriate.

3.  The parties need additional time to prepare a sentencing memorandum in advance of sentencing and properly prepare for the sentencing.

4.  Counsel undersigned has contacted counsel for the government, Adam Rossi, Assistant United States Attorney, who stated he has no objection to this request or an order based thereupon.

5.  This request is made in the interests of justice and is not made for the purpose of undue delay or prejudice to any party.  This case does not involve any victims.  A denial of this request will result in a miscarriage of justice.

For the above-stated reasons, the defense asks that this Court to continue the sentencing in this matter for a period forty-five (45) days.  Defendant hereby waives any applicable time limits.

RESPECTFULLY SUBMITTED this 2nd day of March, 2020.


Law Office of
HERNANDEZ & HAMILTON, PC


 s/Joshua F. Hamilton
JOSHUA F. HAMILTON
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Joshua F. Hamilton, do hereby certify that on this 2nd day of March, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable James A. Soto
United States District Court

Adam Rossi, Assistant
United States Attorney's Office

Katia C. Cook
U.S. Probation Officer

Michael J. Bloom
Attorney for Defendant Norman

Joshua F. Hamilton
Attorney for Defendant Norman

By s/Joshua F. Hamilton
    JOSHUA F. HAMILTON