Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: *mike@michaeljbloom.net*
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: *Josh@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant Norman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Alexander True Norman,<br>　　　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**MOTION TO CONTINUE SENTENCING CURRENTLY SET FOR JUNE 26, 2020**<br><br>**(Defendant Out of Custody)** |

It is expected that excludable delay under Title 18, United States Code, Section 3161 (h)(1)(f), will occur as a result of this motion or an order based thereupon.

The defendant, through his attorneys, hereby moves to continue the Sentencing in this matter, presently set to commence on June 26, 2020, for a period of sixty (60) days. This request is made for the following reasons:

1. As the Court knows, since March 9, 2020, the situation with regards to COVID-19 has impacted the criminal justice system dramatically.  The parties understand that the Court would like to limit courtroom.

2. As such, this motion is to avoid an unnecessary in-person courtroom appearance.

3. According to Pretrial Services, the defendant is making significant progress through counseling services offered through the Court.

4. Counsel undersigned has contacted counsel for the government, Adam Rossi, Assistant United States Attorney, who stated he has no objection to this request, or an order based thereupon.

5. This request is made in the interests of justice and is not made for the purpose of undue delay or prejudice to any party. This case does not involve any victims.  A denial of this request will result in a miscarriage of justice.

For the above-stated reasons, the defense asks that this Court continue the sentencing in this matter for a period of sixty (60) days.  Defendant hereby waives any applicable time limits.

RESPECTFULLY SUBMITTED this 16th day of June, 2020.

                                        Law Office of
                                        HERNANDEZ & HAMILTON, PC

                                        *s/Joshua F. Hamilton*
                                        JOSHUA F. HAMILTON
                                        Attorney for Defendant

# **CERTIFICATE OF SERVICE**

I, Joshua F. Hamilton, do hereby certify that on this 16th day of June, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable James A. Soto
United States District Court

Adam Rossi, Assistant
United States Attorney's Office

Katia C. Cook
U.S. Probation Officer

Michael J. Bloom
Attorney for Defendant Norman

Joshua F. Hamilton
Attorney for Defendant Norman

By s/*Joshua F. Hamilton*
   JOSHUA F. HAMILTON