Law Office of
MICHAEL J. BLOOM, PC
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (AZ Bar No. 004897)
Email: *mike@michaeljbloom.net*
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ Bar No. 028084)
Email: *Josh@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Alexander True Norman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>Alexander True Norman,<br>　　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**MOTION TO CONTINUE SENTENCING<br>(NO OBJECTION)** |

　　　Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or of an order based thereon.

　　　The defendant, Alexander True Norman, by and through his attorney undersigned, hereby requests that this Court order that the sentencing, currently scheduled for

1

November 9, 2020, be continued for a period of at least 60 days, on the following grounds:

(1)  Mr. Norman is represented by Michael J. Bloom and Joshua Hamilton.

(2)  Mr. Hamilton's wife is scheduled to deliver their first baby on October 28, 2020. It is therefore anticipated that Mr. Hamilton will be on paternity leave until January 2021. Given the pandemic, it would be impossible for Mr. Hamilton to attend the sentencing without risk to his wife and new baby.

(3)  Counsel have spoken with Mr. Norman. Even though only one attorney will make the presentation, Mr. Norman's strong preference is to have both attorneys present at his sentencing.

(4)  Mr. Norman is on release to Pretrial Services and is under the supervision of Suzette Madril. Ms. Madril reports that Mr. Norman follows all conditions of his release. Additionally, Mr. Norman has been attending counseling twice a month. She reports that Mr. Norman continues to make progress in counseling.

(5)  Counsel for Mr. Norman has communicated with Counsel for the government who has indicated no objection to this requested continuance.

WHEREFORE, it is respectfully requested that the sentencing currently scheduled on November 9, 2020 be continued for a period of at least 60 days.

RESPECTFULLY SUBMITTED this 28th day of October, 2020.

**MICHAEL J. BLOOM, P.C.**

 *s/Michael J. Bloom*
MICHAEL J. BLOOM
Attorney for Alexander True Norman

## CERTIFICATE OF SERVICE

I, Maria C. Chavez Romero, hereby certify that on October 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam Rossi
Adam.Rossi2@usdoj.gov, Holly.Tramil@usdoj.gov

Michael J. Bloom
mike@michaeljbloom.net
Attorney for Defendant Norman

Joshua F. Hamilton
josh@Hernandez-Hamilton.com
Attorney for Defendant Norman

*s/Maria C. Chavez Romero*