# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-00690-001-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Alexander True Norman, | |
| Defendant. | |

IT IS ORDERED that the government shall file a substantive response to Document 53 Notice of Third-Party Claim for Seized Property by November 13, 2020. Third-Party Claimant is due within 7 days of the response.

Dated this 29th day of October, 2020.

Honorable James A. Soto
United States District Judge