Law Office of
**MICHAEL J. BLOOM, PC**
100 North Stone Avenue, Ste. 701
Tucson, Arizona 85701
MICHAEL J. BLOOM (#004897)
Email: mike@michaeljbloom.net
Telephone: (520) 882-9904
Fax: (520) 628-7861

Law Office of
**HERNANDEZ & HAMILTON, PC**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (#028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414

Attorneys for Defendant Norman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America,<br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Alexander True Norman,<br>　　　　　　Defendant. | No. CR19-00690-TUC-JAS(LCK)<br><br>**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM** |
|---|---|

　　　The defendant, through his attorneys, hereby supplements the previously-filed sentencing memorandum in this matter.

　　　On March 8, 2021, counsel undersigned spoke with Ms. Suzette Madril, pretrial services officer, to get an update on Mr. Norman. Ms. Madril confirmed that Mr. Norman continues to do well in therapy with his court-ordered counselor, Ms. Leslie Kriekler. According to Ms. Madril, Alex has been participating

successfully in treatment and is progressing nicely.  He participates in each and every session without fail, and Ms. Kriekler reports that Mr. Norman is genuinely participating and making real progress.  There have been no problems whatsoever.

RESPECTFULLY SUBMITTED this 15th day of March, 2021.

| | |
|---|---|
| Law Office of | Law Office of |
| MICHAEL J. BLOOM, PC | HERNANDEZ & HAMILTON, PC |
| | |
| *s/Michael J. Bloom* | *s/Joshua F. Hamilton* (with permission) |
| MICHAEL J. BLOOM | JOSHUA F. HAMILTON |
| Attorney for Defendant Norman | Attorney for Defendant Norman |

## CERTIFICATE OF SERVICE

I, Joshua F. Hamilton, hereby certify that on this 15th day of March, 2021, I electronically filed the foregoing document via ECF and copy was sent to the following recipients:

The Honorable James A. Soto
United States District Court

Adam Rossi, Assistant
United States Attorney's Office

Michael J. Bloom
Attorney for Defendant Norman

Joshua F. Hamilton
Attorney for Defendant Norman

By *s/Joshua F. Hamilton*
    JOSHUA F. HAMILTON