# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Alexander True Norman,<br><br>　　　　　　Defendant. | No. CR-19-00690-001-TUC-JAS (LCK)<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐　　　　any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒　　　　any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to

programming costs in an amount determined by the probation officer.

_____    2/16/22
Alexander True Norman             Date
Defendant


_____    02/16/2022
Gloria Adamski-Soto               Date
Senior U.S. Probation Officer


ORDER OF COURT

Considered and ordered this __18th__ day of _____February_____, __2022__ and ordered filed and made a part of the records in the above case.

_____
The Honorable James A. Soto
United States District Judge

- 2 -