# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00690-001-TUC-JAS (LCK) |
| Plaintiff, | **WAIVER AND ORDER** |
| v. | **Modification of Supervised Release Conditions** |
| Alexander True Norman, | |
| Defendant. | |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐      any modification of my conditions of probation. 18 U.S.C. §3563(c).

☒      any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

8.      You must not knowingly possess, view, or otherwise use material depicting sexually explicit conduct involving children, as defined by 18 USC 2256(2), and material depicting sexually explicit conduct involving adults, defined as explicit sexually stimulating depictions of adult sexual conduct that are deemed

inappropriate by your probation officer. This condition does not prohibit you from possessing, viewing, or using materials necessary to litigation in which you are a party (such as statutes, caselaw, or court documents related to the litigation, but not including the image(s) that gave rise to your conviction **unless specifically allowed by court order**), or from creating and possessing journals or writings required as part of any mandated sex-offender treatment but you must notify the probation officer **within 72 hours of possessing, viewing, or using** any such litigation materials, journals, or writings.

16. You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. Failure to submit to a search may be ground for revocation of release. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct. Any search will be conducted at a reasonable time and in a reasonable manner.

_____   April 18, 2022 _____
Alexander True Norman              Date
Defendant

_____   April 18, 2022 _____
Gloria Adamski-Soto                Date
Senior U.S. Probation Officer

### ORDER OF COURT

Considered and ordered this __11th__ day of __May_____ , __2022__ and

ordered filed and made a part of the records in the above case.

_____
The Honorable James A. Soto
U.S. District Judge

- 3 -