| | | |
|---|---|---|
| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** ☒ FILED ☐ LODGED Jul 29 2024 CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA | **DOCKET NUMBER** *(Transferring Court)* CR-19-00690-001-TUC-JAS (LCK) |
| | | **DOCKET NUMBER** *(Receiving Court)* 2:24-cr-0137 DAD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alexander True Norman | District of Arizona | 4: Tucson |
| Sacramento, CA | NAME OF SENTENCING JUDGE James A. Soto U.S. District Judge | |
| FILED May 22, 2024 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/7/2022 — TO Life |

**OFFENSE**

Violating 18 U.S.C. § 2423(b) and 18 U.S.C. § 2423(e), Attempted Travel With Intent to Engage in Illicit Sexual Activity, a Class B Felony offense, as charged in Count 1 of the Information

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The probation in the Eastern District of California has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Alexander True Norman, be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 17, 2024
Date

_____
James A. Soto
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 22, 2024
Effective Date

_____
UNITED STATES DISTRICT JUDGE